UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| AUBREY DOWDEN, on Behalf of Himself and Others Similarly Situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>TDS, INC. d/b/a Technical Drilling Services,<br><br>*Defendant*. | CASE NO. 2:14-cv-313<br><br><br><br>COLLECTIVE ACTION |

# ORDER

Before the Court is the Unopposed Motion for Settlement Approval and Entry of Conditional Order of Dismissal (the "Motion"). Having carefully reviewed and considered the Motion, the Court is of the opinion that it should be granted.

IT IS THEREFORE, ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the Joint Stipulation and Settlement Agreement (the "Agreement") attached as Exhibit A to the Motion is filed under seal.

IT IS FURTHER ORDERED that the Settlement Agreement is APPROVED. The Court will enter a conditional order of dismissal. No later than thirty days following the issuance of payments to the participating settlement class members, the parties shall jointly submit an Order dismissing all Plaintiffs' claims in accordance with the terms of the Agreement.

ORDERED this ____ day of 4/23/15, 2015

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE